# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                          )<br>                    Plaintiff,     )<br>v.                                                      )<br>                                                          )<br>BRAYAN J. SANTILLAN-CARRILLO, )<br>                                                          )<br>                    Defendant.  )<br>_____) | Case No.  1:14-MJ-00203-SAB<br><br>**DEFENDANT'S STATUS REPORT ON<br>UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR Sec. 4.23(a)(1)

**Sentence Date:** December 4, 2014

**Review Hearing Date:** February 4, 2016

**Probation Expires On:** June 3, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1210.00 which Total Amount is made up of a Fine: $ 1200.00     Special Assessment: $10.00     Processing Fee: $ Choose an item.  Restitution: $

☒ Payment schedule of $ 125.00 per month by the 15th of each month beginning 1/15/2015.

☒ **Community Service hours Imposed of:** 50 to be completed by 12/4/2015

☒ **Other Conditions:** First Time DUI Offender Program

### COMPLIANCE:

☐ ☐Defendant has complied with and completed all conditions of probation described-above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1210.00
☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
                                                                              Amount:

☒ To date, Defendant has performed 50 hours of community service.  Finished through Hands On.

☒ Compliance with Other Conditions of Probation: Complied with all but requirement to complete First Offender Program.  Client is enrolled currently.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 2/4/2016 at 10 am Choose an item.

    ☒ be continued to 5/19/2016 at 10:00 a.m.; or

    ☐ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 1/28/2016　　　　　　　　　　　　　　　　/s/ Samer A. Salhab

　　　　　　　　　　　　　　　　　　　　　　　　　　DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒     GRANTED.  The Court orders that the Review Hearing set for February 4, 2016 at 10:00 am be continued to May 5, 2016 at 10:00 a.m.  The defendant is ordered to appear and file a new status report 14 days prior to the continued hearing.

☐     DENIED.

IT IS SO ORDERED.

Dated: **January 29, 2016**　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE