# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:14-MJ-00203-SAB |
|---|---|---|
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) ) | **UNSUPERVISED PROBATION** |
| BRAYAN J. SANTILLAN-CARRILLO, | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** 36 CFR Sec. 4.23(a)(1)

**Sentence Date:** December 4, 2014

**Review Hearing Date:** May 5, 2016

**Probation Expires On:** June 3, 2016

### CONDITIONS OF UNSUPERVISED PROBATION:

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1210.00 which Total Amount is made up of a Fine: $ 1200.00     Special Assessment: $10.00     Processing Fee: $ Choose an item.
Restitution: $

☒ Payment schedule of $ 125.00 per month by the 15th of each month beginning 1/15/2015.

☒ **Community Service hours Imposed of:** 50 to be completed by 12/4/2015

☒ **Other Conditions:** First Time DUI Offender Program

### COMPLIANCE:

☒ ☒Defendant has complied with and completed <u>all</u> conditions of probation described-above. See the attached exhibit showing proof of completion of the DUI School.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ 1210.00
☐ If not paid in full when was last time payment:     Date: Click here to enter a date.
Amount:

☒ To date, Defendant has performed 50 hours of community service. Finished through Hands On.

☐ Compliance with Other Conditions of Probation

**GOVERNMENT POSITION:**

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/5/2016 at 10 am Choose an item.

  ☐ be continued to 5/19/2016 at 10:00 a.m.; or

  ☒ be vacated.  Or in the alternative,

☒ that Defendant's appearance for the review hearing be waived.

DATED:  May 2, 2016                              */s/ Samer A. Salhab*
                                                 _____
                                                 DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:  **May 4, 2016**                          _____
                                                 UNITED STATES MAGISTRATE JUDGE